

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 4, 2019

By ECF

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

>   Re:   United States v. John Doe
>         Docket No. 16-CR-495 (JS)

Dear Judge Seybert:

    The government respectfully submits this letter to request an adjournment of sentencing in the above-captioned case, which is currently scheduled for October 8, 2019, to October 25, 2019 at 11:00 a.m. The government has a scheduling conflict necessitating an adjournment of the current date. Defense counsel consents to the proposed adjournment.

    Thank you for your consideration of this request.

                        Respectfully submitted,

                        RICHARD P. DONOGHUE
                        United States Attorney

            By:   /s/
                  Artie McConnell
                  Assistant U.S. Attorney
                  718-812-1870

cc:    John S. Wallenstein, Esq. (by ECF)